UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RANDALL MEYER, | CASE NO. 2:22-cv-00232-JHC |
| Plaintiff, | ORDER |
| v. | |
| GEORGE W. BUSH, et al., | |
| Defendants. | |

This matter comes before the Court *sua sponte*. *Pro se* Plaintiff Randall Meyer filed a complaint against Defendants, a number of politicians, government officials, organizations and their leadership, and educational institutions and their leadership. Dkt. # 4-1. On May 2, 2022, the Court dismissed Plaintiff's complaint as frivolous and for failing to state a claim under 28 U.S.C. § 1915(e)(2)(B). Dkt. # 5. The Court gave Plaintiff fourteen (14) days of leave to file an amended complaint and stated that if "Plaintiff's amended complaint fails to correct the noted deficiencies or fails to meet the required pleading standard, the court will dismiss the complaint . . . with prejudice." Dkt. # 5. The deadline has now passed and Plaintiff failed to file an amended complaint. Accordingly, the Court DISMISSES Plaintiff's complaint with prejudice.

ORDER - 1

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

      Dated this 20th day of May, 2022.

*John H. Chun*
John H. Chun
United States District Judge